No. 03–6638.  KENNEDY v. VIRGINIA STATE BAR.  Sup. Ct. Va. Certiorari denied.

No. 03–6645.  REYNOLDS v. SMITH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–6646.  STRICKLAND v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–6647.  ALLEN v. EIGHTH JUDICIAL DISTRICT COURT OF NEVADA, CLARK COUNTY.  C. A. 9th Cir.  Certiorari denied.

No. 03–6648.  JEMISON v. ROBINSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–6650.  STALLWORTH v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 03–6656.  RAMIREZ v. CAREY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–6657.  NATHAN v. SMITH ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 03–6663.  RAINEY v. RUSHTON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–6665.  SMITH v. SEIFERT, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 03–6666.  SHIVELY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–6673.  KARLS v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 03–6678.  MCCOY v. COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 03–6679.  FARLEY v. SANDOVAL, ATTORNEY GENERAL OF NEVADA.  C. A. 9th Cir.  Certiorari denied.

No. 03–6682.  COFFELT v. WHITE, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL.  Ct. App. Tenn.  Certiorari denied.